UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Naseef Bryan, Jr.

v.                                          Case No. 24-cv-373-LM-TSM

Cathedral Place LLC et al.


ORDER

After due consideration of the objection and evidence filed, I herewith

approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-

Marc dated April 22, 2025.

The case is dismissed for lack of subject matter jurisdiction, without prejudice

to Mr. Bryan's ability to refile the lawsuit in state court. The clerk shall enter

judgment and close the case.


_____
Landya B. McCafferty
United States District Judge


Date: June 26, 2025

cc: Naseef Bryan, Jr., pro se